# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 17-809V
### Filed: August 23, 2018
UNPUBLISHED

| | |
|---|---|
| TERESA FOWLER,<br><br>                Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Ronald Craig Homer, Conway, Homer, P.C., Boston, MA, for petitioner.*
*Justine Elizabeth Walters, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On June 15, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") following an influenza ("flu") vaccine administered on October 20, 2014. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On January 30, 2018, a ruling on entitlement was issued, finding petitioner entitled to compensation for a SIRVA. On August 22, 2018, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $131,556.79 comprised of $127,500.00 for pain and suffering, and $4,056.79 for past unreimbursed expenses. Proffer at 1-2. In the Proffer, respondent represented that

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

petitioner agrees with the proffered award.  Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $131,556.79 in the form of a check payable to petitioner, Teresa Fowler.**  This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

_____
)
TERESA FOWLER,                                    )
                                                  )
              Petitioner,                         )
                                                  )
v.                                                )        No. 17-809V
                                                  )        Chief Special Master Dorsey
                                                  )        ECF
SECRETARY OF HEALTH AND                           )        SPU
HUMAN SERVICES,                                   )
                                                  )
              Respondent.                         )
_____)

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On June 15, 2017, petitioner, Teresa Fowler, filed a petition for compensation under the

National Childhood Vaccine Injury Act, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act"), alleging

that she developed a shoulder injury related to vaccine administration ("SIRVA") as a result of

receiving an influenza ("flu") vaccine on October 20, 2014.  On January 28, 2018, respondent

filed a Rule 4(c) Report indicating that petitioner is entitled to compensation for SIRVA.  For the

purposes of this proffer, the term "vaccine-related" is as described in Respondent's Rule 4(c)

Report.  On January 30, 2018, Chief Special Master Dorsey issued a Ruling on Entitlement

finding that petitioner is entitled to compensation for SIRVA.

**I.      Items of Compensation**

A.      Pain and Suffering

Respondent proffers that petitioner should be awarded $127,500.00 in actual and

projected pain and suffering.  This amount reflects that the award for projected pain and

suffering has been reduced to net present value.  *See* 42 U.S.C. § 300aa-15(a)(4).

Petitioner agrees.

B.      <u>Past Unreimbursable Expenses</u>

Evidence supplied by petitioner documents her expenditure of past unreimbursable expenses related to her SIRVA. Respondent proffers that petitioner should be awarded past unreimbursable expenses in the amount of $4,056.79. Petitioner agrees.

C.      <u>Medicaid Lien</u>

Petitioner represents that there are no outstanding Medicaid liens against her.

## II.    **Form of the Award**

The parties recommend that the compensation provided to petitioner should be made through a lump sum payment of $131,556.79 in the form of a check payable to petitioner.[1] This represents all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Assistant Director
Torts Branch, Civil Division

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

                        s/ Justine Walters_____
                        JUSTINE WALTERS
                        Trial Attorney
                        Torts Branch, Civil Division
                        U.S. Department of Justice
                        P.O. Box 146, Benjamin Franklin Station
                        Washington, D.C. 20044-0146
                        Tel: (202) 307-6393

DATE: August 22, 2018